```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0034--CR (TWH)
                   "USA V NELLIE M. GUETA"
                    DEF 1.1 GUETA, NELLIE M.
```

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
      Magistrate Judge:
                Filed: 09/19/05
               Closed: 11/18/05
 No. of Defendants: 1
    MJ Case Number:
                AKA:
    Location status: Not specified
         Trial date:
         Terminated: YES
 Needs interpreter: NO
 Counsel of record: Mary Jane Haden
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial

                    Nellie Gueta
                    Pro Per
                    2143 Last Frontier Cir., Apt. C
                    Eielson AFB, AK 99702
                          -   -
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Brian D. Teter
                    101 12th Ave Room 310 - Box 2
                    Fairbanks, AK 99701
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



 Counts re: DEF 1.1 GUETA, NELLIE M.
```

| Document   | Count | Citation and Description           | Disposition       |
|------------|-------|------------------------------------|-------------------|
| 1 -  1 INF | 1     | 18:13-7220 RECKLESS DRIVING (M)    | Sentenced (6-1)   |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F05-0034--CR (TWH)
                                    "USA V NELLIE M. GUETA"

                                       For all filing dates
```

```
  Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
  Magistrate Judge:
              Filed: 09/19/05
             Closed: 11/18/05
No. of Defendants: 1


Document #   Filed      Docket text
_____   _____      _____

    1 -   1  09/19/05   [Re: DEF 1] PLF 1 Information.

 NOTE -   1  10/12/05   Issued: summons

    2 -   1  10/12/05   [Re: DEF 1] TWH Minute Order setting arraignment for thursday November
                        3,2005 at 9:00 a.m. in Fairbanks cc: USA, USM, USPO, FPD.

    3 -   1  10/14/05   Return of summons issued by USM on 10/14/05.

    4 -   1  11/04/05   [Re: DEF 1] Financial Affidavit.

    5 -   1  11/04/05   [Re: DEF 1] TWH Court Minutes (Misty Davenport) arraignment held
                        11/03/05 plead guilty to count 1, $45.00 fine $5.00 special assessment,
                        1 year voluntary no driving and defendant turned drivers license over to
                        EAFB SAUSA for 1 year cc: USA, cnsl, USM, USPO, MJ Hall.

    6 -   1  11/18/05   [Re: DEF 1] TWH Judgment pleaded guilty to count(s) 1 of the Information
                        (1-1) cc: USA, HADEN, USM, USPO, FINANCE, MJ Hall
```